```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/13/2007
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

VIRGINIA ALLEYNE, TINA BRAUNSTEIN,
ISAIAH GERAFINO, SHAWN LEE AND
FRANCOISE TOMASZEWSKI on behalf of
themselves and all others similarly situated,,

        Plaintiffs,

-against-

72 W. 69TH STREET, LLC d/b/a TELEPAN
RESTAURANT, WILLIAM TELEPAN, and
JIMMY NICHOLAS,

        Defendants.

---

Index No. 07 CIV 9367

**STIPULATION**

    **IT IS HEREBY STIPULATED AND AGREED,** by and between the attorneys for Plaintiffs and Defendants, that Defendants shall have an extension, from November 23, 2007 through and including December 13, 2007, to answer, move or otherwise respond to Plaintiffs' Complaint.

    **IT IS FURTHER STIPULATED AND AGREED** by and between the attorneys for Plaintiffs and Defendants that Defendants acknowledge service of Plaintiffs' Complaint and consent to the Court's exercise of personal jurisdiction over all named Defendants in this matter.

Dated: New York, New York
       November __, 2007

By: _____
D. Maimon Kirschenbaum (DK-2448)
Charles Joseph (CJ-9442)
JOSEPH & HERZFELD LLP
757 Third Avenue, 25th Floor
New York, New York 10017
(212) 688-5640

Attorneys for Plaintiffs

Dated: New York, New York
       November 12, 2007

By: _____
A. Michael Weber (AW-8760)
Sara D. Sheinkin (SS-9719)
LITTLER MENDELSON, P.C.
885 Third Avenue, 16th Floor
New York, New York 10022.4834
(212) 583-9600

Attorneys for Defendants

**SO ORDERED**

_Deborah A. Batts_   11/13/2007
DEBORAH A. BATTS
UNITED STATES DISTRICT JUDGE