Carolyn D. Richmond (CR-0993)
FOX ROTHSCHILD LLP
100 Park Avenue, Suite 1500
New York, NY 10017
Phone: 212.878 7900
Fax: 212.692 0940
*Attorneys for Defendants*

11/27/2007

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

—————————————————————— x
VIRGINIA ALLEYNE, TINA                          :
BRAUNSTEIN, ISAIAH GERAFINO,        :    Civil Action No. 07-09367 (DAB)
SHAWN LEE AND FRANCOISE            :
TOMASZEWSKI on behalf of themselves   :
and all others similarly situated,                    :    **SUBSTITUTION OF COUNSEL**
                                                                 :    **STIPULATION AND ORDER**
                       Plaintiffs,                           :
                                                                 :
           -against-                                        :
                                                                 :    **ECF CASE**
72 W. 69TH STREET, LLC d/b/a TELEPAN   :
RESTAURANT, WILLIAM TELEPAN, and   :
JIMMY NICHOLAS,                               :
                                                                 :
                       Defendants.                       :
                                                                 :
—————————————————————— x

       It is hereby stipulated and agreed that Fox Rothschild LLP is substituted in as counsel on

behalf of all defendants in place of Littler Mendelson, P.C.

Dated: New York, NY
          November ___, 2007

                              [signatures appear on following page]

1

LITTLER MENDELSON, P.C.

By: _____
A. Michael Weber (AW-8760)

885 Third Avenue, 16ᵗʰ Floor
New York, New York 10022
Phone: 212.583 9600
*Attorneys for Defendants*

Dated: November 19, 2007

FORD & FOX ROTHSCHILD LLP

By: _____
Carolyn D. Richmond (CR-0993)

100 Park Avenue, Suite 1500
New York, New York 10017
Phone: 212. 453. 5900
*Attorneys for Defendants*

Dated: November 19, 2007

SO ORDERED:

_____
Honorable Deborah A. Batts, U.S.D.J.
11/27/07

NY1 72009v1 11/16/07