Carolyn D. Richmond (CR-0993)
FOX ROTHSCHILD LLP
100 Park Avenue, Suite 1500
New York, NY 10017
Phone: 212.878 7900
Fax: 212.692 0940
*Attorneys for Defendants*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/13/2007

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x

| | |
|---|---|
| VIRGINIA ALLEYNE, TINA BRAUNSTEIN, ISAIAH GERAFINO, SHAWN LEE AND FRANCOISE TOMASZEWSKI on behalf of themselves and all others similarly situated, | Civil Action No. 07-09367 (DAB) |
| Plaintiffs, | **STIPULATION** |
| -against- | ECF CASE |
| 72 W. 69TH STREET, LLC d/b/a TELEPAN RESTAURANT, WILLIAM TELEPAN, and JIMMY NICHOLAS, | |
| Defendants. | |

WHEREAS, Defendants time to Answer was originally extended from November 23, 2007 to December 13, 2007;

WHEREAS, as a result of Defendants change of counsel, it has been agreed by the parties that an additional extension of time has been provided for;

IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for Plaintiffs and Defendants, that Defendants shall have an extension, from December 13, 2007

NY1 76553v1 12/11/07

through and including January 11, 2007, to answer, move or otherwise respond to Plaintiffs Complaint.

Dated: New York, New York
December 11, 2007

| JOSEPH & HERZFELD LLP | FOX ROTHSCHILD LLP |
|---|---|
| By: D. Maimon Kirschenbaum (DK-2338) | By: Carolyn D. Richmond |
| Charles E. Joseph (CJ-9442)<br>757 Third Avenue, 25th Floor<br>New York, New York 10017<br>(212) 688-5640<br>(212) 688-2548 (fax)<br>Attorneys for Plaintiffs, the FLSA Collective Plaintiffs and the Proposed Class | 100 Park Avenue<br>Suite 1500<br>New York, New York, 10017<br>(212) 878-7983<br><br>Attorneys for Defendants |

**SO ORDERED:**

*Deborah A. Batts*
Hon. Deborah A. Batts