Carolyn D. Richmond (CR-0993)
Eli Z. Freedberg (EF-6854)
FOX ROTHSCHILD LLP
100 Park Avenue, Suite 1500
New York, NY 10017
Phone: 212.878.7900
Fax: 212.692.0940
*Attorneys for Defendants*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/23/2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x

VIRGINIA ALLEYNE, TINA BRAUNSTEIN, ISAIAH GERAFINO, SHAWN LEE AND FRANCOISE TOMASZEWSKI on behalf of themselves and all others similarly situated,

    Plaintiffs,

-against-

72 W. 69TH STREET, LLC d/b/a TELEPAN RESTAURANT, WILLIAM TELEPAN; and JIMMY NICHOLAS,

    Defendants.
----------------------------------------------------------x

Civil Action No. 07-09367 (DAB)

**STIPULATION**

ECF CASE

WHEREAS Defendants' time to answer was originally extended from November 23, 2007 to December 13, 2007;

WHEREAS Defendants' time to answer was thereafter extended from December 13, 2007 to January 11, 2008, because of Defendants' substitution of counsel;

WHEREAS as a result of fruitful settlement discussions between the parties, it has been agreed by the parties that an additional extension of time has been provided for;

IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for Plaintiffs and Defendants, that Defendants shall have an extension, from January 11, 2008,

NY1 945005v1 01/11/08

through and including January 25, 2008 to answer, move or otherwise respond to Plaintiffs' complaint.

Dated: New York, New York
January 11, 2008

| JOSEPH & HERZFELD LLP | FOX ROTHSCHILD, LLP |
|---|---|
| By: /s/ D. Maimon Kirschenbaum (DK-2338) | By: /s/ Carolyn D. Richmond<br>Eli Z. Freedberg |
| Charles E. Joseph (CJ-9442)<br>757 Third Avenue, 25th Floor<br>New York, New York 10017<br>(212) 688-5640<br>(212) 688-2548 (fax) | 100 Park Avenue<br>Suite 1500<br>New York, New York, 10017<br>(212) 878-7983 |
| Attorneys for Plaintiffs, the FLSA Collective Plaintiffs and the Proposed Class | Attorneys for Defendants |

SO ORDERED:

_____
Hon. Deborah A. Batts

**SO ORDERED**

/s/ Deborah A. Batts   1/23/2008
DEBORAH A. BATTS
UNITED STATES DISTRICT JUDGE

NY1 99500v1 01/11/08