FOX ROTHSCHILD LLP
Carolyn D. Richmond (CR-0993)
Eli Z. Freedberg (EF-6854)
100 Park Avenue, Suite 1500
New York, New York 10017
Phone: (212) 878-7983

Attorneys for Defendants

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

| | | |
|---|---|---|
| VIRGINIA ALLEYNE, TINA BRAUNSTEIN, ISAIAH GERAFINO, SHAWN LEE AND FRANCOISE TOMASZEWSKI on behalf of themselves and all others similarly situated, | : : : : : | ECF CASE<br><br>07-CV-9367 (DAB) |
| Plaintiffs, | : : | **DEFENDANTS' RULE 7.1 DISCLOSURE STATEMENT** |
| -against- | : : | |
| 72 W. 69TH STREET, LLC d/b/a TELEPAN RESTAURANT, WILLIAM TELEPAN, and JIMMY NICHOLAS | : : : : | |
| Defendants. | : : | |

------------------------------------x

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendants 72 W. 69TH STREET, LLC d/b/a TELEPAN RESTAURANT (the "LLC Defendant"), WILLIAM TELEPAN and JIMMY NICHOLAS disclose that no publicly held corporation holds any of the LLC Defendant's stock and that the LLC Defendant has no parent corporation.

Dated: January 25, 2008
       New York, New York

FOX ROTHSCHILD LLP

*Attorneys for Defendants*

/s/ Carolyn D. Richmond
By:   Carolyn D. Richmond (CR-0993)
       Eli Z. Freedberg (EF-6854)
100 Park Avenue, Suite 1500
New York, New York 10017
(212) 878-7983

NY1 98774v1 01/10/08
NY1 102012v1 01/24/08

## CERTIFICATE OF SERVICE

CAROLYN D. RICHMOND, an attorney admitted to practice in this Court, hereby states that on January 25, 2008, I caused a true and correct copy of the foregoing Defendants' Rule 7.1 Disclosure Statement to be filed with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to the following:

> D. Maimon Kirschenbaum
> JOSEPH & HERZFELD LLP
> 757 Third Avenue, 25th Floor
> New York, NY 10017

/s/ *Carolyn D. Richmond*
Carolyn D. Richmond (CR-0993)