UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

VIRGINIA ALLEYNE, TINA BRAUNSTEIN, : 07-CV-9367 (DAB)
ISAIAH GERAFINO, SHAWN LEE AND :
FRANCOISE TOMASZEWSKI on behalf of : **STIPULATION**
themselves and all others similarly situated, :
:
                Plaintiffs, :
:
        -against- :
:
72 W. 69TH STREET, LLC d/b/a TELEPAN :
RESTAURANT, WILLIAM TELEPAN, and :
JIMMY NICHOLAS :
:
                Defendants. :
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned parties that Plaintiffs VIRGINIA ALLEYNE, TINA BRAUNSTEIN, ISAIAH GERAFINO, AND FRANCOISE TOMASZEWSKI claims against Defendants 72 W. 69TH STREET, LLC d/b/a TELEPAN RESTAURANT, WILLIAM TELEPAN, and JIMMY NICHOLAS shall be dismissed with prejudice.

*The Clerk is directed to close the docket in this matter.*

Dated: March 27, 2008
      New York, New York

_____    _____
D. MAIMON KIRSCHENBAUM (DK-2448)    CAROLYN D. RICHMOND (CR-0993)
JOSEPH & HERZFELD LLP    FOX ROTHSCHILD LLP
757 Third Avenue, 25th Floor    100 Park Avenue, Suite 1500
New York, NY 10017    New York, NY 10017
Tel: (212)-688-5640    Tel: (212) 878-7983
Fax: (212)-688-2548    Fax: (212)-692-0940

**SO ORDERED:**

_____
Hon. Deborah A. Batts  4/9/08

NY1 109739v1 03/26/08