```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/11/2008
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
VIRGINIA ALLEYNE, TINA BRAUNSTEIN,
ISAIAH GERAFINO, SHAWN LEE and
FRANCOISE TOMASZEWSKI on behalf of themselves
and all others similarly situated,

                Plaintiffs,

    -against-                 07 Civ. 9367 (DAB)
                                   ORDER

72 W. 69TH STREET, LLC d/b/a
TELEPAN RESTAURANT, WILLIAM TELEPAN
and JIMMY NICHOLAS,

                Defendants.
------------------------------------X
DEBORAH A. BATTS, United States District Judge.

    In a letter dated April 10, 2008, Plaintiffs' counsel has brought to the Court's attention that the Stipulation endorsed by the Court on April 9, 2008 and entered on the Docket on April 10, 2008 (Docket Entry No. 8) applies only to Plaintiffs Virginia Alleyne, Tina Braunstein, Isaiah Gerafino and Francoise Tomaszewski.  Plaintiff Shawn Lee apparently has not agreed to dismiss his claims against the Defendants in this matter.  Accordingly, Plaintiffs' counsel requests that the docket in this action be re-opened.  Plaintiffs' counsel further requests that he be permitted to withdraw as counsel.

    The Clerk of Court is directed to re-open the docket in this matter, only as to Plaintiff Shawn Lee.  Plaintiffs' counsel's

application to withdraw is denied for failure to comply with

Local Civil Rule 1.4.

SO ORDERED.

Dated:    New York, New York
          April 11, 2008

                                    _____
                                    Deborah A. Batts
                                    United States District Judge